IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RAYMOND A. PROFIT,

    Plaintiff,

v.                                    Case No. 1:19cv-129-MW/GRJ

DAVID RABON, et al.,

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 29. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. Defendants' motions to dismiss, ECF Nos. 22 and 25, are **DENIED**. This case is remanded to the Magistrate Judge for further proceedings.

**SO ORDERED on February 10, 2020.**

                                                **s/Mark E. Walker**  
                                                **Chief United States District Judge**