IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RAYMOND A. PROFIT,

    Plaintiff,

v.                                      Case No. 1:19cv129-MW/GRJ

DAVID RABON, et al.,

    Defendants.
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 42. Upon consideration, no objection having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. Plaintiff's Motion for Judgment on the Pleadings, ECF No. 41, is **DENIED as premature**. This case is remanded to the Magistrate Judge for further proceedings.

**SO ORDERED on April 2, 2020.**

                                                  **s/ MARK E. WALKER**
                                                  **Chief United States District Judge**