IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RAYMOND A. PROFIT,

    *Plaintiff*,

v.                                                     Case No.:  1:19cv129-MW/GRJ

DAVID RABON, et al.,

    *Defendants.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 77, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 79. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Defendant's motion for summary judgment, ECF No. 69, is **GRANTED** and the Plaintiff's motion for summary judgment, ECF No. 66, is **DENIED**. The Clerk shall enter judgment stating, "Plaintiff's second amended complaint, ECF No. 17, is **DISMISSED with prejudice**." Plaintiff's pending "motion for preliminary injunction," ECF No. 78, is **DENIED as moot**. The

1

Clerk shall close the file.

**SO ORDERED on February 16, 2021.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**